| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF PUERTO RICO

Case number *(if known)* _____   Chapter   11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| 1. | Debtor's name | SAN JORGE CHILDREN'S HOSPITAL INC. |
| --- | --- | --- |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 66-0646725 |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| --- | --- | --- | --- |
| | | | PO Box 11881 <br> Fernandez Juncos Station <br> San Juan, PR 00910 |
| | | 258 San Jorge Street <br> San Juan, PR 00910 | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | San Juan | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | www.sanjorgechildrenshospital.com |
| --- | --- | --- |

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| --- | --- | --- |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   SAN JORGE CHILDREN'S HOSPITAL INC.
         _____
         Name

Case number *(if known)* _____

**7. Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

6  2  2  1          ⊞

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                      MM / DD / YYYY

　　　　　 District _____   When _____   Case number _____
                                      MM / DD / YYYY

| Debtor | SAN JORGE CHILDREN'S HOSPITAL INC. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | SAN JORGE CHILDREN'S HOSPITAL INC. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | SAN JORGE CHILDREN'S HOSPITAL INC. | Case number (if known) |
| | Name | |

███ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/01/2022
MM / DD / YYYY

X _____          Edward P Smith
Signature of authorized representative of debtor          Printed name

Title   Chief Operating Officer

**18. Signature of attorney**

X _____          Date   09/01/2022
Signature of attorney for debtor                          MM / DD / YYYY

Wigberto Lugo Mender 212304
Printed name

Lugo Mender Group, LLC
Firm name

100 Carr 165 Suite 501
Guaynabo, PR 00968-8052
Number, Street, City, State & ZIP Code

Contact phone   (787) 707-0404          Email address   wlugo@lugomender.com

212304 PR
Bar number and State

Board Resolution by Written Consent for
San Jorge Children's Hospital, Inc.

**Date: AUGUST 12, 2022**

The undersigned, being all of the members of the board of directors or board of managers, as applicable (the "Board"), and the corporate members, managers and shareholders of San Jorge Children Healthcare, Inc., ("Controlling Entity"), of San Jorge Children's Hospital, Inc., (the "Company" or "SJCH"), hereby consent, in accordance with the organizational documents of the Company and applicable laws, to the following actions and adopt the following resolutions with respect to the Company in lieu of a meeting effective as of the date hereof.

**Chapter 11 Filing:**

WHEREAS, the Board and Controlling Entity has considered presentations by the financial and legal advisors of the Company regarding the liabilities and liquidity situation of SJCH, strategic alternatives available to it, and the effect of the foregoing on the Company's business;

WHEREAS, the Board and Controlling Entity has had the opportunity to consult with the financial and legal advisors of the Company and fully consider each of the strategic alternatives available to the Company; and

WHEREAS, the Board and Controlling Entity has had the opportunity to consult with the financial and legal advisors of the Company and review the chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") preparation materials provided by the financial and legal advisors, and the Board and Controlling Entity recommends the adoption of these resolutions.

NOW, THEREFORE, BE IT RESOLVED, that in the business judgment of the Board and Controlling Entity, it is desirable and in the best interests of SJCH (including consideration of its creditors and other parties in interest) that the Company shall be, and hereby is, authorized to file, or cause to be filed, a voluntary petition for relief ( a "Chapter 11 Case") under the provisions of chapter 11 of title 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Puerto Rico (the "Bankruptcy Court") or other order that may be desirable under applicable law in the United States;

FURTHER RESOLVED, that **Edward P. Smith**, the Chief Operating Officer, (the "Authorized Signatory"), acting alone or with one or more other Authorized Signatories approved by the Board, and they hereby are, authorized, empowered, and directed to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers, or documents, and to take any and all actions that they deem necessary, proper or convenient to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of each Company's business; and

FURTHER RESOLVED, that all acts and deeds previously performed by any of the officers of the Company prior to the adoption of the foregoing recitals and resolutions that are within the authority conferred by the foregoing recitals and resolutions, are hereby ratified, confirmed, and approved in all respects as the authorized acts and deeds of the Company. Notwithstanding the forgoing, the board of directors of the Debtor reserves the right for final approval on all material terms of the Debtor's plan of reorganization or liquidation or to the disposition of substantially all of the Debtor's assets.

WHEREAS, the Board and Controlling Entity has considered presentations by the financial and legal advisors of the Company regarding the retention of such financial and legal advisors for the Company.

NOW, THEREFORE, BE IT RESOLVED, that each of the Authorized Signatories be, and hereby is, authorized, empowered and directed to employ the law firm of **Lugo Mender Group, LLC** ("Lugo Mender") as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any motions, objections, replies, applications, or pleadings; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized, empowered and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of Lugo Mender;

FURTHER RESOLVED, that each of the Authorized Signatories be, and hereby is, authorized, empowered and directed to employ the firm of FPV & Galindez ("FPV") as external auditors and tax consultant to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of FPV;

FURTHER RESOLVED, that each of the Authorized Signatories be, and hereby is, authorized, empowered, and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, each of the Authorized Signatories, with power of delegation, is hereby authorized, empowered and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary, proper or convenient; and

FURTHER RESOLVED, that each of the Authorized Signatories be, and hereby is, with the power of delegation, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Signatories deem necessary, proper, or desirable in connection with the Company's Chapter 11 Case, with a view to the successful prosecution of the case.

## General Resolutions:

NOW, THEREFORE, BE IT RESOLVED, that the Authorized Signatories of the Company be, and each of them hereby is, authorized, empowered, and directed to execute, acknowledge, verify, deliver, and file any and all such other agreements, documents, instruments, and certificates and to take such other actions as may be necessary, proper or appropriate in order to carry out the intent and purposes of the foregoing resolutions;

FURTHER RESOLVED, that the Board or Controlling Entity of the Company has received sufficient notices of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice;

FURTHER RESOLVED, that any and all actions heretofore or hereafter taken and expenses incurred in the name of and on behalf of the Company by any officer, director or other Authorized Signatory of the Company in connection with or related to the matters set forth or contemplated by the foregoing resolutions be, and they hereby are, approved, ratified, and confirmed in all respects as fully as if such actions had been presented to the Board and Controlling Entities for approval prior to such actions being taken; and

FURTHER RESOLVED, that an Authorized Signatory of the Company is hereby authorized to certify to third parties with respect to adoption of these resolutions in the form and substance satisfactory to them.

The undersigned agree that this Board Resolution by Written Consent shall be added to the corporate records of the Company and made a part thereof, and the undersigned further agree that the resolutions set forth hereinabove shall have the same force and effect as if adopted at a meeting duly noticed and held, pursuant to the Company's organizational documents and the applicable laws of the jurisdiction in which such Company is organized. Facsimile, scanned, or electronic signatures shall be acceptable as originals.

IN WITNESS WHEREOF, the undersigned have executed this Resolution by Written Consent as of the date first written above.

CHAIRMAN                    PRESIDENT

Fill in this information to identify the case:

Debtor name   SAN JORGE CHILDREN'S HOSPITAL INC.

United States Bankruptcy Court for the:  DISTRICT OF PUERTO RICO

Case number (if known)

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   *Amended Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/01/2022    X   *[signature]*

Signature of individual signing on behalf of debtor

Edward P Smith
Printed name

Chief Operating Officer
Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | SAN JORGE CHILDREN'S HOSPITAL INC. |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ALLERGAN SALES OF PUERTO RICO PO BOX 195409 San Juan, PR 00919-5409 | | | | | | $107,922.00 |
| AUTORIDAD ACUEDUCTOS Y ALCANTARILLADO P.O. BOX 14580 BO. OBRERO STATION San Juan, PR 00916-4580 | | | | | | $424,682.00 |
| Autoridad de Energia Electrica PO Box 363508 San Juan, PR 00936-3508 | | | | | | $3,062,880.00 |
| Autoridad de Energia Electrica PO Box 363508 San Juan, PR 00936-3508 | | | | | | $133,422.00 |
| Baxter Sales Corporation PO BOX 70257 San Juan, PR 00936-0280 | | | | | | $172,075.00 |
| Capital Building Mantenance Inc. DELTA STREET#1310 PUERTO NUEVO San Juan, PR 00920 | | | | | | $152,557.00 |
| Cardinal Health PR 120 Inc PO Box 366211 San Juan, PR 00936 | | | | | | $244,138.00 |

Debtor   SAN JORGE CHILDREN'S HOSPITAL INC.
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Cardinal Health PR 120 Inc PO Box 366211 San Juan, PR 00936 | | | | | | $129,770.00 |
| Ciracet P.O. BOX 8970 Ponce, PR 00732 | | | | | | $182,599.00 |
| Edwin Cardona Y ASOC. MSC 364 GARDEN HILLS PLAZA CARR 19  1353 Guaynabo, PR 00966-2700 | | | | | | $249,076.00 |
| GRUPO HOSPITALISTAS PEDIA. 130 AVE WINSTON CHURCHILL PMB #108 San Juan, PR 00926 | | | | | | $81,186.00 |
| Grupo Intensivo Pediatrico San Juan SAN JORGE OFFICE BLD. OFIC.406 San Juan, PR 00912 | | | | | | $308,040.00 |
| ISLA LAB PRODUCTS LLC PO BOX 361810 San Juan, PR 00936-1810 | | | | | | $103,864.00 |
| Laboratory Corporation PO BOX 12140 Burlington, NC 27216-2140 | | | | | | $132,485.00 |
| P.R.Pathology Associates PSC 1760 CALLE LOIZA COND.MADRID SUITE 201 San Juan, PR 00911 | | | | | | $138,801.00 |
| Perfect Integrate Solutions PMB 115 STE 112 100 GRAND PASEO BLVD San Juan, PR 00926-5955 | | | | | | $194,180.00 |
| PG LAW, LLC PO BOX 194302 San Juan, PR 00919-4302 | | | | | | $74,952.00 |

Debtor   SAN JORGE CHILDREN'S HOSPITAL INC.                           Case number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Puerto Rico Hospital CALL BOX 158 Carolina, PR 00986-0158 | | | | | | $180,047.00 |
| RIMACO, INC P.O. BOX 8895 FENANDEZ JUNCO STATION San Juan, PR 00910-0895 | | | | | | $96,466.00 |
| SAN JORGE BUILDING II INC. P.O. BOX 9462 Carolina, PR 00988 | | | | | | $70,576.00 |

**United States Bankruptcy Court**
**District of Puerto Rico**

In re   SAN JORGE CHILDREN'S HOSPITAL INC.

Debtor(s)

Case No.

Chapter   11

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Operating Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   09/01/2022

Edward P Smith/Chief Operating Officer
Signer/Title

SAN JORGE CHILDREN'S HOSPITAL INC
PO BOX 11881
FERNANDEZ JUNCOS STATION
SAN JUAN, PR 00910

ALCHEM LABORATORY, INC.

AXISCARE HEALTH LOGISTICS I
PO BOX 1366
DORADO, PR 00646

WIGBERTO LUGO MENDER
LUGO MENDER GROUP, LLC
100 CARR 165 SUITE 501
GUAYNABO, PR 00968-8052

ALLERGAN SALES OF PUERTO RICO
PO BOX 195409
SAN JUAN, PR 00919-5409

B.V.R AMBULANCE BEST CARE II
P.O. BOX 71325, SUITE 73
SAN JUAN, PR 00936

635 GROUP
2416 GRAND CYPRESS DR
SUITE 03
LUTZ, FL 33559

ALPHA BIOMEDICAL & DIAGNOSTIC COR
PO BOX 670
CAGUAS, PR 00726

BALLESTER HERMANOS
PO BOX 364548
SAN JUAN, PR 00936-4548

A. OSCAR RIVERA, INC.
PO BOX 13606
SAN JUAN, PR 00908-3606

AMERICAN HEART ASSOCIATION
EDIF.COLGATE PALMOLIVE CALLE 1
SUITE 202 METRO OFFICE PARK
GUAYNABO, PR 00968-1705

BANCO DE SANGRE
SERVICIOS MUTUOS
1504 AVE. FD ROOSVELT
GUAYNABO, PR 00968-2607

ABREU TECHNICAL CORP
HC-03 BOX 7851
LAS PIEDRAS, PR 00771

AMERICAN RED CROSS
PO BOX 366046
SAN JUAN, PR 00936-6046

BAXTER SALES CORPORATION
PO BOX 70257
SAN JUAN, PR 00936-0280

AC TECHNICAL SERVICES, CORP.
URB. LOS PAISAJES #3
LAS AVES
LUQUILLO, PR 00773-3007

ASHFORD PRESBYTERIAN
COMMUNITY HOSPITAL
PO BOX 9020032
SAN JUAN, PR 00902-0032

BAYLOR BGENETICS LABS
PO BOX 4832
HOUSTON, TX 77210-4832

ACHA TRADING
P.O. BOX 9020150
SAN JUAN, PR 00902-0150

AUTOMATIC CONTROL TECHNOLOGY C
1020 CALLE 3 SW
URB LA RIVIERA
SAN JUAN, PR 00921-2518

BEST FIRE TECH CORP
PO BOX 190502
SAN JUAN, PR 00919-0502

ADVANTAGE BUSINESS CONSULTING
1519 PONCE DE LEON AVE. STE 1001
SAN JUAN, PR 00909

AUTORIDAD ACUEDUCTOS Y ALCANTA
PO BOX 14580
BO. OBRERO STATION
SAN JUAN, PR 00916-4580

BIO-NUCLEAR OF PR INC
PO BOX 190639
SAN JUAN, PR 00919-0639

ALBERTO SANTIAGO CORNIER
PO BOX 192162
SAN JUAN, PR 00919

AUTORIDAD DE ENERGIA ELECTRICA
PO BOX 363508
SAN JUAN, PR 00936-3508

BRENDA DE LA VEGA DBA PRO
A-19 VILLA VERDE
GUAYNABO, PR 00966

BRENDA MATOS
VIA ENRAMADA #40
URB ENTRE RIOS
TRUJILLO ALTO, PR 00976

CARLOS GONZALEZ AQUINO, PSC
PO BOX 362707
SAN JUAN, PR 00936-2707

CONNECTIONS TRAVEL, INC.
PO BOX 9023877
SAN JUAN, PR 00902-3877

BRIDON CORP
PO BOX 2043
CAROLINA, PR 00984-2043

CARMEN M CUEVAS ESPARZA
2212 CALLE GENERAL PATTON
SAN JUAN, PR 00913

CONNEXIN SOFTWARE, INC.
PO BOX 74008756
CHICAGO, IL 60674-7400

BUSINESS TELE-COMMUNICATIONS INC
PO BOX 16635
SAN JUAN, PR 00908-6635

CENTRO MEDICO DEL TURABO
H/N/C RED MEDICA HIMA-SAN PABLO
PO BOX 4980
CAGUAS, PR 00726

CONSOLIDATED WASTE SERVICL
PO BOX 1322
GURABO, PR 00778

CA TECHNICAL SERVICE
PO BOX 309
DORADO, PR 00646-0309

CHANGE HEALTHCARE
PO BOX 98347
CHICAGO, IL 60693-8347

CONSTRUCCIONES JFM INC.
2167 CALLE LOIZA
SAN JUAN, PR 00913

CAPITAL BUILDING MANTENANCE INC.
DELTA STREET#1310 PUERTO NUEVO
SAN JUAN, PR 00920

CHILDREN'S HOSPITAL MEDICAL CENTER
3333 BURNET AVE.MLC 4900
CINCINNATI, OH 45229-3039

CS SURGICAL INC
662 WHITNEY DRIVE
SLIDELL, LA 70461

CARDINAL HEALTH PR 120 INC
PO BOX 366211
SAN JUAN, PR 00936

CINCINNATI CHILDREN'S HOSPITAL
MEDICAL CENTER
3333 BURNET AVE. MLC 4900
CINCINNATI, OH 45229-3039

DATA ACCESS
316 AVENIDA DE LA CONSTITUC$
SAN JUAN, PR 00901

CARIBBEAN LUMBER & HARDWARE INC
PO BOX 190839
SAN JUAN, PR 00919-0839

CIRACET
P.O. BOX 8970
PONCE, PR 00732

DATA STORAGE CENTERS
PO BOX 2358
TOA BAJA, PR 00951-2358

CARIBEMD SERVICES LLC
URB. MIRADERO 172
CALLE CAMINO DEL MONTE
HUMACAO, PR 00791

COD LLC, CORPORATION
CALLE VASALLO 146
SAN JUAN, PR 00911

DENIMAR DISTRIBUTIONS
URB CASTELLANA GDN
GG10 CALLE 30
CAROLINA, PR 00983-1913

CARLOS GARCIA RODRIGUEZ
CLINICA LAS AMERICAS,
AVE FD ROOSEVELT #400
SAN JUAN, PR 00918

COMNET TECHNOLOGY GROUP
C-535 VIZCAYA 3-10
CAROLINA, PR 00985-2301

DIESEL ENGINE TECHNICIAN, IN
PMB 632 HC-01 BOX 29030
CAGUAS, PR 00725

DREAM CATCHER TECHNOLOGIES
7402NW 120TH STREET
APT.#30
HIALEAH, FL 33018

EDWIN CARDONA Y ASOC.
MSC 364 GARDEN HILLS PLAZA
CARR 19  1353
GUAYNABO, PR 00966-2700

EUROFINS VIRACOR INC.
1001 NW TECHNOLOGY DRIVE
LEES SUMMIT, MO 64086

DROGUERIA BETANCES, I
PO BOX 368
CAGUAS, PR 00726-0368

EFRAIN VAZQUEZ LUNA
PAVIA MEDICAL PLAZA 611
AVE PAVIA, SUITE 204-205
SAN JUAN, PR 00909

EVA CRUZ
433 DORADO BEACH EAST
DORADO, PR 00646

DROGUERIA CASTILLO
PO BOX 191149
SAN JUAN, PR 00919-1149

ELECTRIC DISTRIBUTION SERVICE
CALLE ALAMEDA GD-1
SANTA JUANITA
BAYAMON, PR 00956

EXPO DISPLAYS CARIBBEAN
PO BOX 195457
SAN JUAN, PR 00919

DS MEDICAL CORP
CALLE ALEXANDRA B-13-63
LAS PALMAS DE CERRO GORDO
VEGA ALTA, PR 00692

EMANUELLI ANZALOTTA, LLC
PO BOX 2443
ARECIBO, PR 00613-2443

EXTREME SECURITY & DATA
261 CALLE 15 N.O. PUERTO NUE
SAN JUAN, PR 00920

DUENMATT GROUP, LLC
CALLE ESTADO 656 APT 2B
SAN JUAN, PR 00907

EMPRESAS DE GAS CO, INC.
BOX 1025
SABANA SECA, PR 00952-1025

FACSIMILE PAPER CONNECTION
PO BOX 363122
SAN JUAN, PR 00936-3122

E.C. WASTE
PO BOX 918
PUNTA SANTIAGO, PR 00741-0918

ENVISION TECHNOLOGIES INC
URB HYDE PARK 160
CALLE LOS MIRTOS
SAN JUAN, PR 00927-4236

FEDERAL EXPRESS
P.O. BOX  371461
PITTSBURGH, PA 15250-7461

EC RADIOLOGICAL IMAGING SERV.
#125 CALLE ALEHLI
SAN JUAN, PR 00927

EQUILIBRIUM LLC
COND PLAZA ANTILLANA 151 CALLE
CESAR GONZALEZ APTO.2302
SAN JUAN, PR 00918-1482

FELIZ J. SEDA, ENT, PSC,
ARECIBO MEDICAL PLAZA, SUITE 2
AVENIDA BARBOSA 65
ARECIBO, PR 00612

ECOLAB
PO BOX 607086
BAYAMON, PR 00960

ERNESTO LOPEZ & ASSOCIATES, INC
898 AVE. MUNOZ RIVERA SUITE 204
SAN JUAN, PR 00927

FERRETERIA MADERAS 3C
BOX 11279
SAN JUAN, PR 00922-1279

EDWARDO RAMOS CORTES
CALLE CONVENTO 264
SAN JUAN, PR 00911

ESOTERIX GENETIC LABORATORIES, LLC
PO BOX 12140
BURLINGTON, NC 27216-2140

FIRE PROTECTION SPECIALTY
PO BOX 1600 SUITE 794
CIDRA, PR 00739

FRANCISCO SANCHEZ RODRIGUEZ
URB. CONSTANCIA 1739
PASEO LAS COLONIAS
PONCE, PR 00717-2234

GOLOSINAS E & S
PO BOX 364872
SAN JUAN, PR 00936-4872

HILTON ENGINEERING CORP
PO BOX 361047
SAN JUAN, PR 00936-1047

FRANKIE ALVARADO ABRAHAM
CLINICA LAS AMERICAS SUITE 205
SAN JUAN, PR 00918

GREEN YARD
30 CALLE MALVA APT. 17
SAN JUAN, PR 00927-6634

HIMA AMBULANCE, INC.
P.O. BOX 4980
CAGUAS, PR 00727

GE HEALTHCARE PUERTO RICO
PO BOX 640200
PITTSBURGH, PA 15264-0200

GRUPO HOSPITALISTAS PEDIA.
130 AVE WINSTON CHURCHILL
PMB #108
SAN JUAN, PR 00926

HOLSUM DE PUERTO RICO
PO BOX 8282
TOA BAJA, PR 00951-8282

GENE DX, INC.
207 PERRY PARKWAY
GAITHERSBURG, MD 20877

GRUPO INTENSIVO PEDIATRICO SAN JUAS
SAN JORGE OFFICE BLD. OFIC.406
SAN JUAN, PR 00912

HOSPITAL AUXILIO MUTUO
PO BOX 191227
SAN JUAN, PR 00919

GFR MEDIA LLC
PO BOX 71445
SAN JUAN, PR 00936-8545

GUERBET CARIBBEAN INC
PO BOX 70289
SAN JUAN, PR 00936-8289

HOSPITAL METROPOLITANO LAB
PO BOX 11981
SAN JUAN, PR 00922

GISSELLE MELTZ
CAMINO DEL MAR
7032 PLAZA ARENALES
TOA BAJA, PR 00949

HEALTH CARE MONITORING
CONDOMINIO TORRE DE LA REINA
450AVE DE LA CONSTITUCION SUITE 200
SAN JUAN, PR 00907

HUMBERTO LUGO
PO BOX 10426
CAPARRA HEIGHT STATION
SAN JUAN, PR 00922

GK PROFESSIONAL SERVICE
EXT TERRAZAS DE GUAYNABO
E-9 CALLE LAS FLORES
GUAYNABO, PR 00969

HEALTH INTEGRATED TEAM LLC
URB LA VISTA H8
VIA CUMBRES
SAN JUAN, PR 00924-4474

IMMUNO REFERENCE LAB
PO BOX 195519
SAN JUAN, PR 00919-5519

GLIDDEN P.R. INC.
PO BOX 9179
PLAZA STATION
CAROLINA, PR 00988

HEIDI SERRANO-YSERN
PO BOX 8582
SAN JUAN, PR 00910-0582

INDUSTRIAL FITTINGS & VALVES

GO-GOGO FOUNDATION, CORP.
PO BOX 801530
COTO LAUREL, PR 00780-1530

HILL BROTHERS
PO BOX 29126
SAN JUAN, PR 00929-0126

INMEDIATA HEALTH GROUP LLC
636 AVENIDA SAN PATRICIO
SAN JUAN, PR 00920

INSTITUTO DE EDUCACION
PO BOX 195558
SAN JUAN, PR 00919

JIREH DELIVERY SERVICES, CORP
AVE. REXACH #2008
BO. OBRERO
SAN JUAN, PR 00915

JOSE ROMERO ENGINEERING
CALLE CORDOBA #8
URB PASEO DE LA ALHAMBRA
CAROLINA, PR 00989

IRIS CARDONA GERENA
MANSIONES DE VILLANOVA D 1-18
CALLE B
SAN JUAN, PR 00926

JM BUSINESS SOLUTIONS
PMB 203 PO BOX 6022
CAROLINA, PR 00984-6022

LA CASONA RESTAURANT
CALLE SAN JORGE 609
ESQ. FERNANDEZ JUNCOS
SAN JUAN, PR 00909

ISLA LAB PRODUCTS LLC
PO BOX 361810
SAN JUAN, PR 00936-1810

JOHNSON & JONHSON INT'L
475 LOS FRAILES IND PARK
CALLE C SUITE 200
GUAYNABO, PR 00969

LABORATORY CORPORATION
PO BOX 12140
BURLINGTON, NC 27216-2140

IVAN MALARET POL
PAVIA MEDICAL PLAZA, CALLE M PAVIA
#611 SUITE 203-204
SAN JUAN, PR 00909

JORGE L. VAZQUEZ VAZQUEZ
PMB#481
PO BOX 7891
GUAYNABO, PR 00970-7891

LAMP RECYCLING CO INC.
PO BOX 254
OROCOVIS, PR 00720

JAC PEDS PSC
STE 1 PMB 108 130 WINSTON CHURCHI
SAN JUAN, PR 00926

JORGE MUNOZ BIBILONI
COND ROSARIO 256 CALLE ROSARIO
APT 306
SAN JUAN, PR 00912-3131

LANGUAGE SERVICES ASSOCIAT
455 BUSINESS CENTER DRIVE S1
HORSHAM, PA 19044

JAC PEDS PSC-HOSPITALISTA
STE 1 PMB 108 130 WINSTON CHURCHI
SAN JUAN, PR 00926

JORGE ZEQUEIRA DIAZ
SENDEROS EN MONTEHIEDRA
76 CALLE ACUAMARINA
SAN JUAN, PR 00926-7067

LATIN MEDIA HOUSE,LLC
PO BOX 11472
SAN JUAN, PR 00922-1472

JERUSALEM HOME AMBULANCE, INC.
P.O. BOX 1780
CAGUAS, PR 00726

JOSE A. BETANCOURT
HC 645 BOX 6399
TRUJILLO ALTO, PR 00976

LAURA E. MORALES TORRES
PO BOX 190642
SAN JUAN, PR 00919

JESSICA RIOS
PASEO LAS VISTAS
CALLE 1 A-14
SAN JUAN, PR 00926

JOSE A. SANTIAGO RODRIGUEZ
AMERICAN RADIO
APARTADO 61
SALINAS, PR 00751

LEODI INTERNATIONAL
CALLE MAESTRO CORDERO #8
SAN JUAN, PR 00917

JHU REFERENCE LABORATORY
P.O. BOX 65045
BALTIMORE, MD 21264-5045

JOSE COLLAZO
CALLE DOMINGO COLON #28
AIBONITO, PR 00705

LUIS GARRATON, INC.
P.O.BOX 362984
SAN JUAN, PR 00936-2984

MAGIC UNIFORMS
CALLE PALMER 20
BAYAMON, PR 00961

MEDIA & MARKETING PARTNERS & CO
PO BOX 19088
SAN JUAN, PR 00910

NATIONAL BUILDING MAINTENAN
855 AVE HOSTOS
PONCE, PR 00716-1105

MARCAS FLOOR CARE INC
PO BOX 2237
CANOVANAS, PR 00729-2237

MEDICAL BIOTRONICS, INC.
PO BOX 2952
BAYAMON, PR 00960-2952

NEFTALI RODRIGUEZ
CALL 3-E 10 URB.MONTE TRUJIL
TRUJILLO ALTO, PR 00976

MARIA MARGARITA PALACIOS
2023 CARR. 177 APTO 802
COND LA CORUNA
GUAYNABO, PR 00969-5164

MEDIKA INTERNATIONAL PR, INC.
GPO BOX 360888
SAN JUAN, PR 00936

NEREIDA ROSARIO PADILLA
CALLE 9 BUZON 50 BO. CARMEL
VEGA BAJA, PR 00693

MARISEL VAZQUEZ
SAN JORGE MEDICAL BUILDING
252 SAN JORGE AVE., SUITE 307
SAN JUAN, PR 00912

MEDIMAX-RSI
PO BOX 9207
CAGUAS, PR 00726-9207

NEW LIFE BROADCASTING INC
PO BOX 6715
CAGUAS, PR 00726-6715

MAYO COLLABORATIVE SERV, INC.
PO BOX 9146
MINNEAPOLIS, MN 55480-9146

MEDTRONIC PUERTORICO OPERATIONS
B-7 TABONUCO SUITE 1501
GUAYNABO, PR 00968

NOEL VELAZQUEZ
HC-O6 BOX 10626
GUAYNABO, PR 00971

MAYS OCHOA
P. O. BOX 363968
SAN JUAN, PR 00936-3968

MENACO
PO BOX 70183
SAN JUAN, PR 00936-8183

NORTHWESTERN SELECTA
PO BOX 10718
SAN JUAN, PR 00920

MC CONNEL VALDES
P. O. BOX 364225
SAN JUAN, PR 00936-4225

METRO PLUMBING
PMB 123 PO BOX 607071
BAYAMON, PR 00956

NOTIRADIO BROADCASTING WA
EXT. SAN AGUSTIN 1210 CALLE 3
SAN JUAN, PR 00926-1837

MC INTIRIOR CONSTRUCTION DBA
SANTO DE LA CRUZ
AVE. GALICIA 920 VISTA MAR
CAROLINA, PR 00983

METRO PUERTO RICO, LLC
PO BOX 363135
SAN JUAN, PR 00936

NR APPLIANCES LLC
URB. PUERTO NUEVO 521 AVE D
SAN JUAN, PR 00920-3722

MED CARRIERS, CORP
PO BOX 846
BAYAMON, PR 00960

MULTIGRAPHICS INC.
PO BOX 10233
SAN JUAN, PR 00922

ODALIS ALDARONDO
CALLE 2 D-3 VILLAS DEL PILAR
SAN JUAN, PR 00926

OLYMPUS LATIN AMERICA INC.
URB BALDRICH #560
PEDRO BIGAY ST
SAN JUAN, PR 00918

PABLO V MARRERO ORTIZ
1507 AVE. PONCE DE LEON PARADA 22
SAN JUAN, PR 00910

PR SOLUTION SUPPLY INC.
P. O. BOX 50460
URB LEVITTOWN
TOA BAJA, PR 00949

ON TIME
PO BOX 6017 PMB 204
CAROLINA, PR 00984-6017

PEDRO F. ESCOBAR RODRIGUEZ
100 GRAND PASEO BLVD STE 112
SAN JUAN, PR 00926-5955

PRAXAIR PUERTO RICO BV
PO BOX 307
00445-0307

OPTIVION INC.
PO BOX 11881
SAN JUAN, PR 00922-1881

PELEGRINA MEDICAL, INC.
P.O. BOX 910
SAINT JUST, PR 00978

PREMED LLC
PO BOX 474
TRUJILLO ALTO, PR 00977

ORIENTAL BANK
PO BOX 195115
SAN JUAN, PR 00919-5115

PERFECT INTEGRATE SOLUTIONS
PMB 115 STE 112
100 GRAND PASEO BLVD
SAN JUAN, PR 00926-5955

PREVENTION GENETICS
3800 S BUSINESS PARK AVE
MARSHFIELD, WI 54449

ORIENTAL NUCLEAR GROUP
HC-01 BOX 6041
GUAYNABO, PR 00971

PETTY CASH

PRIME JANITORIAL
PO BOX 759
MERCEDITA, PR 00715

ORLANDO TORRES
PO BOX 801217
COTO LAUREL, PR 00780

PG LAW, LLC
PO BOX 194302
SAN JUAN, PR 00919-4302

PROFESSIONAL COMMUNICATIOII
RR37 BOX 1759
SAN JUAN, PR 00926

ORTHO-CLINICAL DIAGNOSTICS
475 STREET C STE 504
LOS FRAILES INDUSTIAL PARK
GUAYNABO, PR 00969

PHALANX ORTHOPEDIC REAL ESTATE
P. O. BOX 19297
FERNANDEZ JUNCOS STATION
SAN JUAN, PR 00910

PUERTO RICO BIOMEDICAL
P.O. BOX 4755
CAROLINA, PR 00984-4755

OTIS ELEVATOR COMPANY
URB. EL PARAISO
CALLE GANGES 121
SAN JUAN, PR 00926-2915

PHALANX ORTOPEDIC REAL ESTATE
P. O. BOX 19297
SAN JUAN, PR 00910

PUERTO RICO GROUP JMT COR
P. O. BOX 1393
MANATI, PR 00674-1393

P.R.PATHOLOGY ASSOCIATES PSC
1760 CALLE LOIZA
COND.MADRID SUITE 201
SAN JUAN, PR 00911

PHILIPS MEDICAL SYSTEMS PR INC
9615 LOS ROMEROS AVE, SUITE 512
SAN JUAN, PR 00926-7031

PUERTO RICO HOSPITAL
CALL BOX 158
CAROLINA, PR 00986-0158

PUERTO RICO MANUFACTURES ASSO.
P. O. BOX 195477
SAN JUAN, PR 00919-5477

RMC ORTHOPEDIC & SURGICAL INC
AGM BUILDING STE 102
GUAYNABO, PR 00966-3325

SEARS COMMERCIAL ONE DEPT
PO BOX 689131
DEPT.53-0001302807
DES MOINES, IA 50368-9134

PUERTO RICO PORTABLE
P. O. BOX 363344
SAN JUAN, PR 00936

RUBERO BROTHERS INC.
P.O. BOX 9024165
SAN JUAN, PR 00902-4165

SECRETARIO DE HACIENDA
PO BOX 191079
SAN JUAN, PR 00919-1079

PUERTO RICO SALES & SERVI.
SABANA ABAJO INDUSTRIAL PARK
1406 C/RIO DANUBIO
CAROLINA, PR 00982-1706

SABIAMED
PO BOX 6150
CAGUAS, PR 00726-6150

SMITH & NEPHEW INC.
P.O. BOX 191952
SAN JUAN, PR 00919-1952

PUERTO RICO TELEPHONE CO.
P.O. BOX 71401
SAN JUAN, PR 00936-8501

SALDANA CARVAJAL & VELEZ-RIVE PSC
166 AVENIDA DE LA CONSTITUCION
SAN JUAN, PR 00901-2101

SOCIEDAD PUERTORRIQUENA DE
PO BOX 9387
SAN JUAN, PR 00908-9387

Q.C. LAB SERVICES
BOX 2943
JUNCOS, PR 00777

SAMUEL FERNANDEZ
CALLE ZOLZAL #200
SAN JUAN, PR 00926

SORFA MEDICAL SERVICES INC
P. O. BOX 30279
SAN JUAN, PR 00929-1279

QUEST DIAGNOSTICS
107 AVE ORTEGON
OFICINA 105
GUAYNABO, PR 00966-2515

SAN JORGE ASSOCIATES
PO BOX 361738
SAN JUAN, PR 00936-1738

SP SURGICAL PRODUCTS
P.O. BOX 6567
SAN JUAN, PR 00936

RAMSEY DISTRIBUTORS
PO BOX 2132
VEGA ALTA, PR 00692

SAN JORGE BUILDING II INC.
P.O. BOX 9462
CAROLINA, PR 00988

SPECK INDUSTRIES LP
400 MEADOW LN
CARLSTADT, NJ 07072

RIMACO, INC
P.O. BOX 8895
FENANDEZ JUNCO STATION
SAN JUAN, PR 00910-0895

SAN JORGE MEDICAL BUILDING
PO BOX 16873
SAN JUAN, PR 00908-6873

STAR OFFICE DISTRIBUTOR
SIERRA MORENA #267
PMB# 780
SAN JUAN, PR 00926

RINA CASASNOVAS
P. O. BOX 29104
65TH INFANTERIA STATION
SAN JUAN, PR 00929-0104

SANET TORRES
URB COLLEGE PARK
299 CALLE SALERNO
SAN JUAN, PR 00921-4314

STATE CHEMICAL SALES CO.
P O BOX 50025
SAN JUAN, PR 00902

STERICYCLE OF PUERTO RICO
P. O. BOX  6582
CAROL STREAM, IL 60197-6582

TECH MEDICAL GROUP
P. O. BOX 195137
SAN JUAN, PR 00919

UNIVERSAL CARE CORPORATIO
P.O. BOX 1051
SABANA SECA, PR 00952-1051

SUNNY AMBULANCE SERVICES
PO BOX 1591
SABANA SECA, PR 00952

TECNO ELEVATOR
URB LOS MONTES
CALLE FLAMENCO 589
DORADO, PR 00646

VAQUERIA TRES MONJITAS
P.O. BOX 366757
SAN JUAN, PR 00936-6757

SURGICAL & MEDICAL SPECIALTIES
URB. DORADO DEL MAR C-40
CALLE MADRE PERLA
DORADO, PR 00646-2128

TELECOQUI
ABERDEEN ST. 2009
GUAYNABO, PR 00969

VITALIFE, INC.
1590 CAVALIERI ST.
SAN JUAN, PR 00927-6129

SURGICAL CONSULTANT PUERTO RICO
URB LAS VIRTUDES
CALLE DIGNIDAD #744
SAN JUAN, PR 00924

TELEHEALTH   SERVICES, INC.

VWR ADVANCED INSTRUMENTSL
PO BOX 706
MANATI, PR 00674-0706

SWISSLOG
1925 CONCORD LAKE
KANNAPOLIS, NC 28083

TEST INNOVATIONS
1653 AVE. FERNANDEZ JUNCOS
SAN JUAN, PR 00909

WARCO GROUP
PO BOX 1868
TRUJILLO ALTO, PR 00976-1868

SYSTEM ONE
PO BOX 10567
SAN JUAN, PR 00922

TM TELEVISION, INC.
P.O. BOX 366222
SAN JUAN, PR 00936-6222

WORLD POINT ECC, INC.
P. O. BOX 87618
DEPT #10414
CHICAGO, IL 60680-0618

SYSTRONICS INC
PO BOX 194030
SAN JUAN, PR 00919-4030

TOP EXTERMINATING
243 CALLE PARIS PMB 1578
SAN JUAN, PR 00917

YOUR LIFE AMBULANCE CORP
P. O. BOX 1213
RIO GRANDE, PR 00745

T-MOBILE
PO BOX 660252
DALLAS, TX 75266-0252

TORT SOLA MEDICAL PRODUCTS, INC
PO BOX 261276
SAN JUAN, PR 00926

ZORAIDA ESTELA JOVE
P.O. BOX 360178
SAN JUAN, PR 00936-0178

TAPICERIA WONDERVILLE
CALLE URANO #4
URB. WONDERVILLE
TRUJILLO ALTO, PR 00976

UAHSF-MANAGEMENT SERV. ORG.
P.O. BOX 55309
JACKSONVILLE, FL 32255-5309